# Exhibit 2
# (Part 1)

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone ICEMYST 240 is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone ICEMYST 240, available at https://www.silverstonetek.com/upload/sstedm/im240-argb/IM240-ARGB%20Product%20Sheet-EN.pdf.<br><br> |

Within the product sheet image:

**SilverStone**

www.silverstonetek.com

**IM240-ARGB**     Premium All-In-One liquid cooler with ARGB lighting

- SilverStone's newly designed expandable water block features a seamless 360° rotatable top cover
- Modular cabling design greatly simplifies connection and management of cables
- Slight-convexed copper baseplate ensures firm contact with the processor
- Radiator-optimized cooling fans with tremendous airflow and static pressure figures
- Three-phase, six-pole motor design
- ARGB controller included with 10 lighting modes, along with adjustable brightness and color-changing speed

### Specifications

| | | |
|---|---|---|
| Model No. | | SST-IM240-ARGB |
| Application | | Intel LGA 115X/1200/1700/2011/2066<br>AMD socket AMS/AM4 |
| Water block | Dimension | 73mm (W) x 70mm (H) x 84mm (D)<br>2.87" (W) x 2.76" (H) x 3.31" (D) |
| | Material | Copper base with plastic body |
| Radiator | Dimension | 120mm (W) x 28mm (H) x 277mm (D)<br>4.72" (W) x 1.1" (H) x 10.91" (D) |
| | Material | Aluminum |
| Tube | Length | 460mm |
| | Material | Rubber |
| Pump | Motor speed | 3,100 ±10% RPM |
| | Rated Voltage | 12V |
| | Rated Current | 0.38A |
| | Connector | 2510 - 3 pin |
| Fan | Dimension | 120mm (W) x 25mm (H) x 120mm (D)<br>4.72" (W) x 0.98" (H) x 4.72" (D) |
| | Speed | 500 ~ 2,200 RPM |
| | airflow | 75.74 CFM |
| | air pressure | 3.4mmH2O |
| | Noise level | 12.1 ~ 33.1 dBA |
| | Rated Voltage | 12V |
| | Connector | 4 pin PWM & 4-1 pin ARGB (5V LED) |

### Remark

- Please ensure that the control box and the RGB port on the motherboard you wish to connect are compatible with the RGB port definition of the IM240-ARGB. An incorrect connection may result in malfunctions or damage.

1

Exhibit 2 (Part 1)<br>Page 40

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| | |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone ICEMYST 240 includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below:<br><br><br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the | The SilverStone ICEMYST 240 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane. |

2

Exhibit 2 (Part 1)
Page 41

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| heat exchange unit, | The plastic membrane is shown below, covering the heat exchange unit in an assembled position:<br><br><br><br>When the SilverStone ICEMYST 240 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone ICEMYST 240 define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate, as well as the sections of the unrecessed portion of the base plate that are within the bounds set by the side walls of the plastic membrane. |

3

Exhibit 2 (Part 1)
Page 42

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:<br><br><br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone ICEMYST 240 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 1)
Page 43

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the SilverStone ICEMYST 240, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member, | The SilverStone ICEMYST 240 includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member.<br><br>The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here: |

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| | <br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br><br><br>When the SilverStone ICEMYST 240 is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first | In the SilverStone ICEMYST 240, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity. |

6

Exhibit 2 (Part 1)
Page 45

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| cavity and a second cavity separated from the first cavity, and | The portions of these two cavities defined by the flow guidance plate are shown in the image below:<br><br> |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the SilverStone ICEMYST 240, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the flow guidance plate. | The SilverStone ICEMYST 240 includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below: |

7

Exhibit 2 (Part 1)
Page 46

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  |

| Claims of the '446 Patent | SilverStone ICEMYST 240 |
|---|---|
| | When the SilverStone ICEMYST 240 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

9

Exhibit 2 (Part 1)
Page 48

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone PF240 is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone PF240, available at https://www.silverstonetek.com/upload/sstedm/pf240-argb/PF240-ARGB-V2-Product_sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone PF240 includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| |  |
| | The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone PF240 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| |  |
| | When the SilverStone PF240 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone PF240 define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| | <br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone PF240 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 1)
Page 52

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the SilverStone PF240, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit. In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top surface of the cover member and including a bottom surface | The SilverStone PF240 includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member. The flow guidance plate is shown below. First, two views of the top of the flow guidance plate are depicted here: |

5

Exhibit 2 (Part 1)
Page 53

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| facing the top surface of the cover member, | <br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br><br><br>When the SilverStone PF240 is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | In the SilverStone PF240, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.<br><br>The portions of these two cavities defined by the flow guidance plate are shown in the image below:<br><br> |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the SilverStone PF240, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the | The SilverStone PF240 includes a housing disposed on the flow guidance plate. |

| Claims of the '446 Patent | SilverStone PF240 |
|---|---|
| flow guidance plate. | Images of the top and bottom of the housing are shown below:<br><br><br><br>When the SilverStone PF240 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

8

Exhibit 2 (Part 1)
Page 56

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone PF240W is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone PF240W, available at https://www.silverstonetek.com/upload/sstedm/pf240w-argb/PF240W-ARGB-V2-Product_Sheet-EN.pdf.<br><br><br><br>**Permafrost Series**<br>**PF240W-ARGB**<br>**Premium all-in-one liquid cooler with ARGB**<br><br>• Pure white colored radiator, fans and cables to help achieve the ultimate full white system build of your dream<br>• Integrated addressable RGB lighting for water block and fan<br>• Rubber pads included on fan for lower vibration and noise<br>• Includes addressable RGB controller with 10 lighting modes and ability to adjust brightness and color changing speeds.<br>• Compatible with Intel 775/115X/1366/1200/2011/2066 and AMD AM2/AM3/AM4/FM1/FM2 sockets<br>• Compatible with Intel LGA115x/1200/1700/2011/2066 and AMD AM2/AM3/AM4/FM1/FM2 sockets (V2) |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone PF240W includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 2 (Part 1)
Page 57

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| | 
The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.

The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone PF240W includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.

The cover member is comprised of a plastic membrane.

The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| |  |
| | When the SilverStone PF240W is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone PF240W define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
|  |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone PF240W defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 1)
Page 60

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the SilverStone PF240W, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on | The SilverStone PF240W includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member. |

5

Exhibit 2 (Part 1)
Page 61

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| a top surface of the cover member and including a bottom surface facing the top surface of the cover member, | The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br><br><br>When the SilverStone PF240W is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic |

6

Exhibit 2 (Part 1)
Page 62

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| | membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | In the SilverStone PF240W, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.<br><br>The portions of these two cavities defined by the flow guidance plate are shown in the image below:<br><br> |
| the first cavity and the second | In the SilverStone PF240W, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate. |

7

Exhibit 2 (Part 1)
Page 63

| Claims of the '446 Patent | SilverStone PF240W |
|---|---|
| cavity are defined on the bottom surface of the flow guidance plate; and | The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the flow guidance plate. | The SilverStone PF240W includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below:<br><br><br><br>When the SilverStone PF240W is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone ICEGEM360 is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone ICEGEM360, available at https://www.silverstonetek.com/upload/sstedm/ig360-argb/IG360-ARGB-Product_Sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone ICEGEM360 includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 2 (Part 1)
Page 65

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| | <br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone ICEGEM360 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| |  |
| | When the SilverStone ICEGEM360 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that | The cover member and the base plate in the SilverStone ICEGEM360 define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. |

3

Exhibit 2 (Part 1)
Page 67

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| includes the heat exchange unit, | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:  |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone ICEGEM360 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 1)
Page 68

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the | In the SilverStone ICEGEM360, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |

5

Exhibit 2 (Part 1)
Page 69

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| heat exchange unit; | |
| a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member, | The SilverStone ICEGEM360 includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member.<br><br>The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here: |

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| | 

When the SilverStone ICEGEM360 is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | In the SilverStone ICEGEM360, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.

The portions of these two cavities defined by the flow guidance plate are shown in the image below: |

7

Exhibit 2 (Part 1)
Page 71

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| |  |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the SilverStone ICEGEM360, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the flow guidance plate. | The SilverStone ICEGEM360 includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below: |

| Claims of the '446 Patent | SilverStone ICEGEM360 |
|---|---|
| |  |
| | When the SilverStone ICEGEM360 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

9

Exhibit 2 (Part 1)
Page 73

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone VIDA 240 Slim is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone VIDA 240 Slim, available at https://www.silverstonetek.com/upload/sstedm/VIDA%20240%20SLIM/VIDA240-SLIM-Product_Sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone VIDA 240 Slim includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| | <br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone VIDA 240 Slim includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 2 (Part 1)
Page 75

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |  |
| | When the SilverStone VIDA 240 Slim is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone VIDA 240 Slim define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

3

Exhibit 2 (Part 1)
Page 76

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |   As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone VIDA 240 Slim defines a first opening and a second opening.  Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 1)
Page 77

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the SilverStone VIDA 240 Slim, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top | The SilverStone VIDA 240 Slim includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member. |

5

Exhibit 2 (Part 1)
Page 78

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| surface of the cover member and including a bottom surface facing the top surface of the cover member, | In particular, the SilverStone VIDA 240 Slim has a guiding and housing element, shown below.<br><br>First, a view of the top of the guiding and housing element is depicted here:<br><br><br><br>Second, a view of the bottom of the guiding and housing element is depicted here: |

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |  |
| | The flow guidance plate is the lower portion of the guiding and housing element.  The bottom surface of the flow guidance plate is visible in the image of the bottom of the guiding and housing element, shown above.<br><br>When the SilverStone VIDA 240 Slim is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance | In the SilverStone VIDA 240 Slim, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity. |

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | The portions of these two cavities defined by the flow guidance plate are shown in the image below:<br><br> |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the SilverStone VIDA 240 Slim, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate (*i.e.*, the bottom surface of the guiding and housing element). |

| Claims of the '446 Patent | SilverStone VIDA 240 Slim |
|---|---|
| a housing disposed on the flow guidance plate. | The SilverStone VIDA 240 Slim includes a housing disposed on the flow guidance plate.<br><br>In particular, the upper portion of the guiding and housing element shown above is the housing.  And because the upper portion of the guiding and housing element is above the lower portion of the guiding and housing element (*i.e.*, the flow guidance plate), the housing is disposed on the flow guidance plate in the SilverStone VIDA 240 Slim. |

9

Exhibit 2 (Part 1)
Page 82