# Exhibit 2
# (Part 2)

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Aquafusion ADV is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Aquafusion ADV, available at https://www.enermax.com/en/products/aquafusion-adv-series-360mm-cpu-liquid-cooler#.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Aquafusion ADV includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 2 (Part 2)
Page 83

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| | <br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Aquafusion ADV includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 2 (Part 2)
Page 84

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| |  When the Enermax Aquafusion ADV is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Aquafusion ADV define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

3

Exhibit 2 (Part 2)
Page 85

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Aquafusion ADV defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the Enermax Aquafusion ADV, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top | The Enermax Aquafusion ADV includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member.<br><br>The flow guidance plate is shown below. |

5

Exhibit 2 (Part 2)
Page 87

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| surface of the cover member and including a bottom surface facing the top surface of the cover member, | First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br> |

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| | When the Enermax Aquafusion ADV is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | In the Enermax Aquafusion ADV, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.<br><br>The portions of these two cavities defined by the flow guidance plate are shown in the image below:<br><br> |
| the first cavity and the second cavity are | In the Enermax Aquafusion ADV, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate. |

7

Exhibit 2 (Part 2)
Page 89

| Claims of the '446 Patent | Enermax Aquafusion ADV |
|---|---|
| defined on the bottom surface of the flow guidance plate; and | The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the flow guidance plate. | The Enermax Aquafusion ADV includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below:<br><br><br><br>When the Enermax Aquafusion ADV is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

8

Exhibit 2 (Part 2)
Page 90

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Liqmax III ARGB is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Liqmax III ARGB, available at https://www.enermax.com/en/products/liqmax-iii-argb-series-240mm-cpu-liquid-cooler.<br><br><br><br>**Patented Dual Chamber water block design**<br><br>**Patented Shunt Channel Technology**<br><br>**The luminous addressable RGB fan and Aurabelt™ water block display gorgeous lighting effects with 16.8 million colors**<br><br>**Exclusive dual-convex blade can create high-volume air flow (72.1 CFM)**<br><br>LIQMAX III ARGB, an addressable RGB AIO cooler for Intel® and AMD® CPU platforms, is designed to sync with ASUS Aura Sync, GIGABYTE RGB Fusion, MSI Mystic Light Sync and ASRock Polychrome to display 16.8 million colors and dynamic lighting effects. The Patented Dual Chamber Design water block has a Central Coolant Inlet (CCI) structure, combined with the Shunt-Channel Technology (SCT) on the cold plate, it is able to inject the coolant at the hottest spot to prevent heat surges and shorten the coolant flow path, resulting in faster heat transfer. In addition, the dual-convex blade is able to generate air pressure and high-volume air flow to provide optimal cooling performance. LIQMAX III ARGB cooler is an ideal choice for mainstream water-cooler addressable RGB gaming rigs. |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Liqmax III ARGB includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate. The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Liqmax III ARGB includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit. The cover member is comprised of a plastic membrane. The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 2 (Part 2)
Page 92

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  |
| | When the Enermax Liqmax III ARGB is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Liqmax III ARGB define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

3

Exhibit 2 (Part 2)
Page 93

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Liqmax III ARGB defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the Enermax Liqmax III ARGB, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.

In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on | The Enermax Liqmax III ARGB includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member. |

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| a top surface of the cover member and including a bottom surface facing the top surface of the cover member, | The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here: |

6

Exhibit 2 (Part 2)
Page 96

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
|  |  When the Enermax Liqmax III ARGB is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity, and | In the Enermax Liqmax III ARGB, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity. The portions of these two cavities defined by the flow guidance plate are shown in the image below: |

7

Exhibit 2 (Part 2)
Page 97

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the Enermax Liqmax III ARGB, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate. |
| a housing disposed on the flow guidance plate. | The Enermax Liqmax III ARGB includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below: |

8

Exhibit 2 (Part 2)
Page 98

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Liqtech 360 TR4 II is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Liqtech 360 TR4 II, available at https://www.enermax.com/en/products/liqtech-tr4-ii-series-360mm-cpu-liquid-cooler.<br><br><br><br>ENERMAX LIQTECH TR4 II series is especially engineered for Intel® Xeon® W / Scalable and AMD Ryzen™ Threadripper™ (PRO), featuring patented Shunt Channel Technology (SCT), high pressure PWM fans and high-efficiency ceramic nano PI bearing pump to provide superior cooling performance up to 500W+ TDP. Moreover, the RGB water block supports the latest addressable RGB (5V/D/G) lighting synchronization with motherboard. The included user-friendly RGB controller is also easier for users to customize the lighting speed, effect and brightness.<br><br>LIQTECH TR4 II lineup is undoubtedly an exceptional cooling solution for high-end overclocked CPUS. |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Liqtech 360 TR4 II includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 2 (Part 2)
Page 99

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Liqtech 360 TR4 II includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | <br><br>When the Enermax Liqtech 360 TR4 II is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Liqtech 360 TR4 II define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. |

3

Exhibit 2 (Part 2)
Page 101

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:<br><br><br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Liqtech 360 TR4 II defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 2)
Page 102

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the Enermax Liqtech 360 TR4 II, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top surface of the cover member and including a | The Enermax Liqtech 360 TR4 II includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member.<br><br>In particular, the Enermax Liqtech 360 TR4 II has a guiding and housing element, shown below. |

5

Exhibit 2 (Part 2)
Page 103

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| bottom surface facing the top surface of the cover member, | First, a view of the top of the guiding and housing element is depicted here:<br><br><br><br>Second, a view of the bottom of the guiding and housing element is depicted here: |

6

Exhibit 2 (Part 2)
Page 104

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | <br><br>The flow guidance plate is the lower portion of the guiding and housing element.  The bottom surface of the flow guidance plate is visible in the image of the bottom of the guiding and housing element, shown above.<br><br>When the Enermax Liqtech 360 TR4 II is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity | In the Enermax Liqtech 360 TR4 II, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.<br><br>The portions of these two cavities defined by the flow guidance plate are shown in the image below: |

7

Exhibit 2 (Part 2)
Page 105

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| separated from the first cavity, and |  |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the Enermax Liqtech 360 TR4 II, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate (*i.e.*, the bottom surface of the guiding and housing element). |
| a housing disposed on the flow guidance plate. | The Enermax Liqtech 360 TR4 II includes a housing disposed on the flow guidance plate.<br><br>In particular, the upper portion of the guiding and housing element shown above is the housing. And because the upper portion of the guiding and housing element is above the lower portion of the guiding and housing |

8

Exhibit 2 (Part 2)
Page 106

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | element (*i.e.*, the flow guidance plate), the housing is disposed on the flow guidance plate in the Enermax Liqtech 360 TR4 II. |

| Claims of the '446 Patent | Enermax Liqmax III ARGB |
|---|---|
| | <br><br>When the Enermax Liqmax III ARGB is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

9

Exhibit 2 (Part 2)
Page 108

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| 1.  A cooling apparatus, comprising: | The Enermax Liqtech 360 TR4 II is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Liqtech 360 TR4 II, available at https://www.enermax.com/en/products/liqtech-tr4-ii-series-360mm-cpu-liquid-cooler.<br><br><br><br>100% Intel® Xeon® W / Scalable, AMD Ryzen™ Threadripper™ (PRO)  Coverage<br>LGA4677 / sWRX8 Compatible<br>Support 500W+ TDP<br>Patented SCT+CCI Technology<br>Ultra-premium Water Block Featuring Addressable RGB Lighting<br><br>ELC-LTTRTO360-TBP<br><br>ENERMAX LIQTECH TR4 II series is especially engineered for Intel® Xeon® W / Scalable and AMD Ryzen™ Threadripper™ (PRO), featuring patented Shunt Channel Technology (SCT), high pressure PWM fans and high-efficiency ceramic nano PI bearing pump to provide superior cooling performance up to 500W+ TDP. Moreover, the RGB water block supports the latest addressable RGB (5V/D/G) lighting synchronization with motherboard. The included user-friendly RGB controller is also easier for users to customize the lighting speed, effect and brightness.<br><br>LIQTECH TR4 II lineup is undoubtedly an exceptional cooling solution for high-end overclocked CPUS. |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Liqtech 360 TR4 II includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | <br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Liqtech 360 TR4 II includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 2 (Part 2)
Page 110

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  When the Enermax Liqtech 360 TR4 II is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Liqtech 360 TR4 II define a heat exchange chamber that includes the heat exchange unit. Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. |

3

Exhibit 2 (Part 2)
Page 111

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:<br><br><br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Liqtech 360 TR4 II defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 2 (Part 2)
Page 112

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit; | In the Enermax Liqtech 360 TR4 II, the cover member is coupled to the base plate such that at least one of the first and second openings is above the heat exchange unit.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange unit. |
| a flow guidance plate disposed on a top surface of the cover member and including a | The Enermax Liqtech 360 TR4 II includes a flow guidance plate disposed on a top surface of the cover member and including a bottom surface facing the top surface of the cover member.<br><br>In particular, the Enermax Liqtech 360 TR4 II has a guiding and housing element, shown below. |

5

Exhibit 2 (Part 2)
Page 113

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| bottom surface facing the top surface of the cover member, | First, a view of the top of the guiding and housing element is depicted here:<br><br><br><br>Second, a view of the bottom of the guiding and housing element is depicted here: |

6

Exhibit 2 (Part 2)<br>Page 114

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | <br><br>The flow guidance plate is the lower portion of the guiding and housing element.  The bottom surface of the flow guidance plate is visible in the image of the bottom of the guiding and housing element, shown above.<br><br>When the Enermax Liqtech 360 TR4 II is assembled, the flow guidance plate is disposed on a top surface of the cover member (*i.e.*, the top of the plastic membrane) and includes a bottom surface (shown above) facing the top surface of the cover member. |
| wherein the flow guidance plate at least partially defines a first cavity and a second cavity | In the Enermax Liqtech 360 TR4 II, the flow guidance plate at least partially defines a first cavity and a second cavity separated from the first cavity.<br><br>The portions of these two cavities defined by the flow guidance plate are shown in the image below: |

7

Exhibit 2 (Part 2)
Page 115

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| separated from the first cavity, and |  |
| the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate; and | In the Enermax Liqtech 360 TR4 II, the first cavity and the second cavity are defined on the bottom surface of the flow guidance plate.<br><br>The image reproduced above (showing the portions of the two cavities defined by the flow guidance plate) is an image of the bottom surface of the flow guidance plate (*i.e.*, the bottom surface of the guiding and housing element). |
| a housing disposed on the flow guidance plate. | The Enermax Liqtech 360 TR4 II includes a housing disposed on the flow guidance plate.<br><br>In particular, the upper portion of the guiding and housing element shown above is the housing.  And because the upper portion of the guiding and housing element is above the lower portion of the guiding and housing |

8

Exhibit 2 (Part 2)
Page 116

| Claims of the '446 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | element (*i.e.*, the flow guidance plate), the housing is disposed on the flow guidance plate in the Enermax Liqtech 360 TR4 II. |