# Exhibit 4
# (Part 1)

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone ICEMYST 240 is a cooling apparatus. *See, e.g.,* Product Sheet - SilverStone ICEMYST 240, available at https://www.silverstonetek.com/upload/sstedm/im240-argb/IM240-ARGB%20Product%20Sheet-EN.pdf.  |
| a base plate configured to dissipate heat | The SilverStone ICEMYST 240 includes a base plate configured to dissipate heat and including a heat exchange unit. |

1

Exhibit 4 (Part 1)
Page 148

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| and including a heat exchange unit; | An image of the base plate including the heat exchange unit is reproduced below:<br><br><br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone ICEMYST 240 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| | 

When the SilverStone ICEMYST 240 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone ICEMYST 240 define a heat exchange chamber that includes the heat exchange unit.

Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate, as well as the sections of the unrecessed portion of the base plate that are within the bounds set by the side walls of the plastic membrane.

The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone ICEMYST 240 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the SilverStone ICEMYST 240, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance plate disposed on the cover member; | The SilverStone ICEMYST 240 includes a flow guidance plate disposed on the cover member.<br><br>The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here: |

5

Exhibit 4 (Part 1)
Page 152

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  |
| | Second, two views of the bottom of the flow guidance plate are depicted here: |
| |  |
| | When the SilverStone ICEMYST 240 is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the flow guidance plate; and | The SilverStone ICEMYST 240 includes a housing disposed on the flow guidance plate.

Images of the top and bottom of the housing are shown below: |

6

Exhibit 4 (Part 1)
Page 153

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
|---|---|
| |  |

| Claims of the '450 Patent | SilverStone ICEMYST 240 |
| --- | --- |
| | When the SilverStone ICEMYST 240 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The SilverStone ICEMYST 240 includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below:<br><br><br><br>When the SilverStone ICEMYST 240 is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

8

Exhibit 4 (Part 1)
Page 155

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone PF240 is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone PF240, available at https://www.silverstonetek.com/upload/sstedm/pf240-argb/PF240-ARGB-V2-Product_sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone PF240 includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 1)
Page 156

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone PF240 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 4 (Part 1)
Page 157

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| |   When the SilverStone PF240 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone PF240 define a heat exchange chamber that includes the heat exchange unit.  Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.  The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

3

Exhibit 4 (Part 1)
Page 158

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone PF240 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 4 (Part 1)
Page 159

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the SilverStone PF240, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance plate disposed on the cover member; | The SilverStone PF240 includes a flow guidance plate disposed on the cover member.<br><br>The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here: |

5

Exhibit 4 (Part 1)
Page 160

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| |  Second, two views of the bottom of the flow guidance plate are depicted here:  When the SilverStone PF240 is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the | The SilverStone PF240 includes a housing disposed on the flow guidance plate. |

6

Exhibit 4 (Part 1)
Page 161

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| flow guidance plate; and | Images of the top and bottom of the housing are shown below:<br><br><br><br>When the SilverStone PF240 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The SilverStone PF240 includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below: |

7

Exhibit 4 (Part 1)
Page 162

| Claims of the '450 Patent | SilverStone PF240 |
|---|---|
| | <br><br>When the SilverStone PF240 is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone PF240W is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone PF240W, available at https://www.silverstonetek.com/upload/sstedm/pf240w-argb/PF240W-ARGB-V2-Product_Sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone PF240W includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 1)
Page 164

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| | <br><br>The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone PF240W includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '450 Patent | SilverStone PF240W |
| --- | --- |
| | <br><br>When the SilverStone PF240W is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone PF240W define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| |   As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone PF240W defines a first opening and a second opening.  Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 4 (Part 1)
Page 167

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the SilverStone PF240W, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance | The SilverStone PF240W includes a flow guidance plate disposed on the cover member. |

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| plate disposed on the cover member; | The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br><br><br>When the SilverStone PF240W is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |

6

Exhibit 4 (Part 1)
Page 169

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| | |
| a housing disposed on the flow guidance plate; and | The SilverStone PF240W includes a housing disposed on the flow guidance plate.<br><br>Images of the top and bottom of the housing are shown below:<br><br><br><br>When the SilverStone PF240W is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The SilverStone PF240W includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below: |

| Claims of the '450 Patent | SilverStone PF240W |
|---|---|
| |  When the SilverStone PF240W is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

8

Exhibit 4 (Part 1)
Page 171

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone ICEGEM360 is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone ICEGEM360, available at https://www.silverstonetek.com/upload/sstedm/ig360-argb/IG360-ARGB-Product_Sheet-EN.pdf.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone ICEGEM360 includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 1)
Page 172

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate. The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone ICEGEM360 includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit. The cover member is comprised of a plastic membrane. The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 4 (Part 1)
Page 173

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| | <br><br>When the SilverStone ICEGEM360 is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that | The cover member and the base plate in the SilverStone ICEGEM360 define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. |

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| includes the heat exchange unit, | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:<br><br> |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone ICEGEM360 defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second | In the SilverStone ICEGEM360, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| opening is above the heat exchange chamber; | |
| a flow guidance plate disposed on the cover member; | The SilverStone ICEGEM360 includes a flow guidance plate disposed on the cover member.<br><br>The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here: |

6

Exhibit 4 (Part 1)
Page 177

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| |  When the SilverStone ICEGEM360 is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the flow guidance plate; and | The SilverStone ICEGEM360 includes a housing disposed on the flow guidance plate. Images of the top and bottom of the housing are shown below:  When the SilverStone ICEGEM360 is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |

| Claims of the '450 Patent | SilverStone ICEGEM360 |
|---|---|
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The SilverStone ICEGEM360 includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below:<br><br><br><br>When the SilverStone ICEGEM360 is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

8

Exhibit 4 (Part 1)
Page 179

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| 1. A cooling apparatus, comprising: | The SilverStone VIDA 240 Slim is a cooling apparatus.<br><br>*See, e.g.,* Product Sheet - SilverStone VIDA 240 Slim, available at https://www.silverstonetek.com/upload/sstedm/VIDA%20240%20SLIM/VIDA240-SLIM-Product_Sheet-EN.pdf.<br><br><br><br>**VIDA 240 SLIM**<br>High performance slim All-In-One liquid cooler<br><br>• 38mm total thickness for fan and radiator<br>• SilverStone's unique 22mm radiator design, allows for effective heat dissipation in cases with space constraints<br>• Water pump integrated within the radiator<br>• Aluminum alloy cavity pump strengthens the overall structure<br>• Three phase, six pole motor design<br>• 9-bladed pressure optimized fan blades<br>• Rotatable CPU water block<br>• Integrated rubber padding on fan mounts to further reduce vibrational noise<br>• ARGB controller included with 10 lighting modes, and adjustable brightness and color changing speed |
| a base plate configured to dissipate heat and including a heat exchange unit; | The SilverStone VIDA 240 Slim includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 1)
Page 180

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
|  |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.<br><br>The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The SilverStone VIDA 240 Slim includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.<br><br>The cover member is comprised of a plastic membrane.<br><br>The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| | When the SilverStone VIDA 240 Slim is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the SilverStone VIDA 240 Slim define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| | <br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the SilverStone VIDA 240 Slim defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 4 (Part 1)
Page 183

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the SilverStone VIDA 240 Slim, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance plate | The SilverStone VIDA 240 Slim includes a flow guidance plate disposed on the cover member. |

5

Exhibit 4 (Part 1)
Page 184

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| disposed on the cover member; | In particular, the SilverStone VIDA 240 Slim has a guiding and housing element, shown below.<br><br>First, a view of the top of the guiding and housing element is depicted here:<br><br><br><br>Second, a view of the bottom of the guiding and housing element is depicted here: |

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| |  |
| | The flow guidance plate is the lower portion of the guiding and housing element.  The bottom surface of the flow guidance plate is visible in the image of the bottom of the guiding and housing element, shown above.  When the SilverStone VIDA 240 Slim is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the flow guidance plate; and | The SilverStone VIDA 240 Slim includes a housing disposed on the flow guidance plate.  In particular, the upper portion of the guiding and housing element shown above is the housing.  And because the upper portion of the guiding and |

| Claims of the '450 Patent | SilverStone VIDA 240 Slim |
|---|---|
| | housing element is above the lower portion of the guiding and housing element (*i.e.*, the flow guidance plate), the housing is disposed on the flow guidance plate in the SilverStone VIDA 240 Slim. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The SilverStone VIDA 240 Slim includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. <br><br> Images of this outer casing are shown below: <br><br>  <br><br> When the SilverStone VIDA 240 Slim is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |