# Exhibit 4
# (Part 2)

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Aquafusion ADV is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Aquafusion ADV, available at https://www.enermax.com/en/products/aquafusion-adv-series-360mm-cpu-liquid-cooler#.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Aquafusion ADV includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 2)
Page 188

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion of the base plate. The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Aquafusion ADV includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit. The cover member is comprised of a plastic membrane. The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 4 (Part 2)
Page 189

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| |  When the Enermax Aquafusion ADV is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Aquafusion ADV define a heat exchange chamber that includes the heat exchange unit. Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| |  As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Aquafusion ADV defines a first opening and a second opening. Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber | In the Enermax Aquafusion ADV, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance plate | The Enermax Aquafusion ADV includes a flow guidance plate disposed on the cover member. |

5

Exhibit 4 (Part 2)
Page 192

| Claims of the '450 Patent | Enermax Aquafusion ADV |
| --- | --- |
| disposed on the cover member; | The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br> |

6

Exhibit 4 (Part 2)
Page 193

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| | When the Enermax Aquafusion ADV is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the flow guidance plate; and | The Enermax Aquafusion ADV includes a housing disposed on the flow guidance plate. Images of the top and bottom of the housing are shown below:  When the Enermax Aquafusion ADV is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow | The Enermax Aquafusion ADV includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. Images of this outer casing are shown below: |

7

Exhibit 4 (Part 2)
Page 194

| Claims of the '450 Patent | Enermax Aquafusion ADV |
|---|---|
| guidance plate, and the housing. |    When the Enermax Aquafusion ADV is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

8

Exhibit 4 (Part 2)
Page 195

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Liqmax III ARGB is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Liqmax III ARGB, available at https://www.enermax.com/en/products/liqmax-iii-argb-series-240mm-cpu-liquid-cooler.<br><br><br><br>LIQMAX III ARGB, an addressable RGB AIO cooler for Intel® and AMD® CPU platforms, is designed to sync with ASUS Aura Sync, GIGABYTE RGB Fusion, MSI Mystic Light Sync and ASRock Polychrome to display 16.8 million colors and dynamic lighting effects. The Patented Dual Chamber Design water block has a Central Coolant Inlet (CCI) structure, combined with the Shunt-Channel Technology (SCT) on the cold plate, it is able to inject the coolant at the hottest spot to prevent heat surges and shorten the coolant flow path, resulting in faster heat transfer. In addition, the dual-convex blade is able to generate air pressure and high-volume air flow to provide optimal cooling performance. LIQMAX III ARGB cooler is an ideal choice for mainstream water-cooler addressable RGB gaming rigs. |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Liqmax III ARGB includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 2)
Page 196

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate. The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Liqmax III ARGB includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit. The cover member is comprised of a plastic membrane. The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 4 (Part 2)
Page 197

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| | <br><br>When the Enermax Liqmax III ARGB is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Liqmax III ARGB define a heat exchange chamber that includes the heat exchange unit.<br><br>Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate.<br><br>The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below: |

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| | <br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Liqmax III ARGB defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the Enermax Liqmax III ARGB, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber.<br><br>In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance | The Enermax Liqmax III ARGB includes a flow guidance plate disposed on the cover member. |

5

Exhibit 4 (Part 2)
Page 200

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| plate disposed on the cover member; | The flow guidance plate is shown below.<br><br>First, two views of the top of the flow guidance plate are depicted here:<br><br><br><br>Second, two views of the bottom of the flow guidance plate are depicted here:<br><br><br><br>When the Enermax Liqmax III ARGB is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on | The Enermax Liqmax III ARGB includes a housing disposed on the flow guidance plate. |

6

Exhibit 4 (Part 2)
Page 201

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| the flow guidance plate; and | Images of the top and bottom of the housing are shown below:<br><br><br><br>When the Enermax Liqmax III ARGB is assembled, the housing fits on top of the flow guidance plate.  Thus, the housing is disposed on the flow guidance plate. |
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The Enermax Liqmax III ARGB includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below: |

7

Exhibit 4 (Part 2)
Page 202

| Claims of the '450 Patent | Enermax Liqmax III ARGB |
|---|---|
| |  <br><br>When the Enermax Liqmax III ARGB is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| 1. A cooling apparatus, comprising: | The Enermax Liqtech 360 TR4 II is a cooling apparatus.<br><br>*See, e.g.,* Datasheet - Enermax Liqtech 360 TR4 II, available at https://www.enermax.com/en/products/liqtech-tr4-ii-series-360mm-cpu-liquid-cooler.<br><br> |
| a base plate configured to dissipate heat and including a heat exchange unit; | The Enermax Liqtech 360 TR4 II includes a base plate configured to dissipate heat and including a heat exchange unit.<br><br>An image of the base plate including the heat exchange unit is reproduced below: |

1

Exhibit 4 (Part 2)
Page 204

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | 

The heat exchange unit is the series of parallel fins in a rectangular arrangement that rests on top of the recessed flat portion in the middle of the base plate.

The base plate is configured to dissipate heat through the heat exchange unit. |
| a cover member coupled to the base plate and at least partially enclosing the heat exchange unit, | The Enermax Liqtech 360 TR4 II includes a cover member coupled to the base plate and at least partially enclosing the heat exchange unit.

The cover member is comprised of a plastic membrane.

The plastic membrane is shown below, covering the heat exchange unit in an assembled position: |

2

Exhibit 4 (Part 2)
Page 205

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  When the Enermax Liqtech 360 TR4 II is assembled, the cover member is coupled to the base plate and at least partially encloses the heat exchange unit. |
| the cover member and the base plate defining a heat exchange chamber that includes the heat exchange unit, | The cover member and the base plate in the Enermax Liqtech 360 TR4 II define a heat exchange chamber that includes the heat exchange unit.

Specifically, the ceiling of the heat exchange chamber is defined by the plastic membrane, the upper portion of the sides of the heat exchange chamber is defined by the side walls of the plastic membrane, the lower portion of the sides of the heat exchange chamber is defined by the side walls of the recessed portion of the base plate, and the floor of the heat exchange chamber is defined by the bottom of the recessed portion of the base plate. |

3

Exhibit 4 (Part 2)
Page 206

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | The side walls of the recessed portion of the base plate—which define the lower portion of the sides of the heat exchange chamber—are shown below:<br><br><br><br>As described, this heat exchange chamber includes the heat exchange unit. |
| the cover member defining a first opening and a second opening, | The cover member in the Enermax Liqtech 360 TR4 II defines a first opening and a second opening.<br><br>Specifically, these two openings are in the top of the plastic membrane (which is the ceiling of the cover member). |

4

Exhibit 4 (Part 2)
Page 207

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| |  |
| and the cover member being coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber; | In the Enermax Liqtech 360 TR4 II, the cover member is coupled to the base plate such that at least one of the first opening and the second opening is above the heat exchange chamber. <br><br> In particular, both of the openings in the plastic membrane (shown above) are above the heat exchange chamber. |
| a flow guidance plate disposed on the cover member; | The Enermax Liqtech 360 TR4 II includes a flow guidance plate disposed on the cover member. <br><br> In particular, the Enermax Liqtech 360 TR4 II has a guiding and housing element, shown below. |

5

Exhibit 4 (Part 2)
Page 208

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
|  | First, a view of the top of the guiding and housing element is depicted here:<br><br><br><br>Second, a view of the bottom of the guiding and housing element is depicted here: |

6

Exhibit 4 (Part 2)
Page 209

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| | 

The flow guidance plate is the lower portion of the guiding and housing element.  The bottom surface of the flow guidance plate is visible in the image of the bottom of the guiding and housing element, shown above.

When the Enermax Liqtech 360 TR4 II is assembled, the flow guidance plate is disposed on the cover member (*i.e.*, the plastic membrane). |
| a housing disposed on the flow guidance plate; and | The Enermax Liqtech 360 TR4 II includes a housing disposed on the flow guidance plate.

In particular, the upper portion of the guiding and housing element shown above is the housing.  And because the upper portion of the guiding and housing element is above the lower portion of the guiding and housing element (*i.e.*, the flow guidance plate), the housing is disposed on the flow guidance plate in the Enermax Liqtech 360 TR4 II. |

| Claims of the '450 Patent | Enermax Liqtech 360 TR4 II |
|---|---|
| an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing. | The Enermax Liqtech 360 TR4 II includes an outer casing secured to the base plate and at least partially enclosing the cover member, the flow guidance plate, and the housing.<br><br>Images of this outer casing are shown below:<br><br><br><br>When the Enermax Liqtech 360 TR4 II is assembled, the outer casing is secured to the base plate and at least partially encloses the cover member, the flow guidance plate, and the housing. |

8

Exhibit 4 (Part 2)
Page 211