# Exhibit 5



8411742

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 11, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *D856,941*
ISSUE DATE: *August 20, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer

Exhibit 5
Page 212

US00D856941S

# (12) United States Design Patent
## Chen

(10) Patent No.: **US D856,941 S**
(45) Date of Patent: ** **Aug. 20, 2019**

(54) **LED CONTROLLER**

(71) Applicant: **COOLER MASTER TECHNOLOGY INC.**, New Taipei (TW)

(72) Inventor: **Chen-Wei Chen**, New Taipei (TW)

(73) Assignee: **COOLER MASTER TECHNOLOGY INC.**, New Taipei (TW)

(**) Term: **15 Years**

(21) Appl. No.: **29/626,236**

(22) Filed: **Nov. 15, 2017**

(51) **LOC (12) Cl.** ............................................. **14-03**
(52) **U.S. Cl.**
     USPC ...................................................... **D13/168**
(58) **Field of Classification Search**
     USPC ...... D13/168; D14/155, 205, 206, 218, 223, D14/240; D21/333
     CPC .... H03J 1/0025; H03J 9/00; H03J 9/02; H03J 9/04; H03J 9/06; H01H 9/0235; H04B 1/202; G05B 11/01; G08C 17/00; G08C 17/02; G08C 19/28; G08C 23/04; H04M 1/6058; H04R 1/1041
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D401,911 S | * | 12/1998 | Hwang | D13/168 |
| D436,935 S | * | 1/2001 | Feucht | D13/133 |
| D450,313 S | * | 11/2001 | Koinuma | D14/218 |
| D533,514 S | * | 12/2006 | Hidalgo | D13/168 |
| D549,665 S | * | 8/2007 | Chen | D13/168 |
| D551,215 S | * | 9/2007 | Lee, Jr. | D14/218 |
| D569,289 S | * | 5/2008 | Bender | D10/104.1 |
| D573,957 S | * | 7/2008 | Ledbetter | D13/168 |
| D577,302 S | * | 9/2008 | Bender | D10/104.1 |
| D589,505 S | * | 3/2009 | He | D14/248 |
| D591,273 S | * | 4/2009 | Nousiainen | D14/223 |
| D592,063 S | * | 5/2009 | Floyd | D9/516 |
| D625,712 S | * | 10/2010 | Yang | D14/223 |
| D631,851 S | * | 2/2011 | Smith | D13/168 |
| D638,806 S | * | 5/2011 | Kim | D13/168 |
| D688,214 S | * | 8/2013 | Ducret | D13/168 |
| D694,198 S | * | 11/2013 | Felegy, Jr. | D13/168 |
| D703,189 S | * | 4/2014 | Won | D14/218 |
| D726,160 S | * | 4/2015 | Chang | D14/218 |

(Continued)

OTHER PUBLICATIONS

Google image RF RGB LED Controller Driver, prior to Nov. 15, 2016; 1 pg.; https://www.google.com/search?q=LED+controller&hl=en&biw=1536&bih=813&source=lnt&tbs=cdr%3A1%2Ccd_min%3A%2Ccd_max%3A11%2F15%2F2016&tbm=isch#imgrc=WSCG3qfrMzhKLM:&spf=1555598470970.*

(Continued)

*Primary Examiner* — Selina Sikder
(74) *Attorney, Agent, or Firm* — Maschoff Brennan

(57) **CLAIM**

The ornamental design for a "LED controller," as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and right side perspective view of a LED controller showing my new design;
FIG. **2** is another top, front and right side perspective view thereof;
FIG. **3** is a bottom, front and left side perspective view thereof;
FIG. **4** is another bottom, front and left side perspective view thereof;
FIG. **5** is a front view thereof;
FIG. **6** is a rear view thereof;
FIG. **7** is a left side elevational view thereof;
FIG. **8** is a right side elevational view thereof;
FIG. **9** is a top view thereof; and,
FIG. **10** is a bottom view thereof.
The broken lines depict portions of the LED controller which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Exhibit 5
Page 213

US D856,941 S
Page 2

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D754,639 S | * | 4/2016 | Wu | D14/223 |
| D796,484 S | * | 9/2017 | Chen | D14/218 |
| D797,060 S | * | 9/2017 | Pham | D13/168 |
| D822,643 S | * | 7/2018 | Chen | D14/218 |
| D837,748 S | * | 1/2019 | Komiya | D13/168 |
| D840,954 S | * | 2/2019 | Wu | D13/168 |

OTHER PUBLICATIONS

Google image, Remote Control for Smart Candle; prior to Nov. 15, 2016; 1 pg.; https://www.google.com/search?hl=en&biw=1536&bih=813&tbs=cdr%3A1%2Ccd_max%3A11%2F15%2F2016&tbm=isch&sa=1&ei=u6m4XP24N8yk_Qa4_LLgBQ&q=led+remote+control&oq=led+remote&gs_l=img.1.1.0l5j0i5i30l5.50214.56049..59321...0.0..0.71.562.10 . . . .*

Google image, Cooler Master RGB Controller, Sep. 15, 2017, 1 pg.; https://www.google.com/search?q=Cooler+Master+MasterLiquid+ML120L+RGB+Review&hl=en&biw=1536&bih=813&source=lnt&tbs=cdr%3A1%2Ccd_min%3A%2Ccd_max%3A9%2F15%2F2017&tbm=isch#imgrc=UEvqm-rNMupj9M:&spf=1555621565689.*

* cited by examiner

Exhibit 5
Page 214



FIG. 1

Exhibit 5
Page 215



FIG. 2

Exhibit 5
Page 216



FIG. 3

Exhibit 5
Page 217



FIG. 4

Exhibit 5
Page 218

**U.S. Patent**  Aug. 20, 2019  Sheet 5 of 8  **US D856,941 S**



FIG. 5

Exhibit 5
Page 219

U.S. Patent     Aug. 20, 2019     Sheet 6 of 8     US D856,941 S



FIG. 6

Exhibit 5
Page 220



FIG. 7    FIG. 8

Exhibit 5
Page 221



FIG. 9



FIG. 10

Exhibit 5
Page 222